No. 11–889. TARRANT REGIONAL WATER DISTRICT v. HERR-MANN ET AL. C. A. 10th Cir. Motion of City of Irving, Texas, et al. for leave to file brief as *amici curiae* granted. Certiorari granted.

No. 12–399. ADOPTIVE COUPLE v. BABY GIRL, A MINOR CHILD UNDER THE AGE OF 14 YEARS, ET AL. Sup. Ct. S. C. Motion of petitioners for leave to file appendix B under seal granted. Motion of Professors Joan Heifetz Hollinger et al. for leave to file brief as *amici curiae* granted. Certiorari granted.

JANUARY 7, 2013

No. 12–5832. BLACKWELL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Miller* v. *Alabama*, 567 U. S. 460 (2012).

No. 12–6720. MCCARTHY v. SOSNICK ET AL. Ct. App. Mich. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7098. ORSELLO v. GAFFNEY ET AL. Ct. App. Minn. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7338. SHAHIN v. BHATT, SECRETARY, DELAWARE DE-PARTMENT OF TRANSPORTATION. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).